UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:17-cv-602-RJC-DSC

| | |
|---|---|
| TERRY LAURENCE and STEPHANIE HILL, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>HARRIS TEETER, LLC, )<br>)<br>Defendant. )<br>) | <u>ORDER APPROVING SETTLEMENT</u> |

**THIS MATTER** comes before the Court on the parties' Joint Motion for Settlement, (Doc. No. 22). In their Motion, the parties note that they reached a settlement in this case, and that the terms of such settlement are memorialized in the Settlement Agreement attached as "Exhibit A." <u>See</u> (Doc. No. 22-1).

The Court has examined the parties' Motion and finds that it represents a knowing and voluntary agreement by both sides to settle all matters in dispute, and that it accords with public policy and basic justice. The Settlement Agreement lists numerous provisions outlining the parties' obligations. Payment to Plaintiffs will provide them with full compensation for all hours worked for Defendant. (Doc. No. 23 at 4–5). Not only do these agreements provide meaningful relief to Plaintiffs, it also eliminates the inherent risks of litigation and encompasses the payment of Plaintiffs' legal fees. (<u>Id.</u> at 8). The Court also notes that the Settlement at issue was reached through negotiations held at arm's length by attorneys with experience in this subject matter. Accordingly, the Court **APPROVES** the terms of the Settlement

Agreements, (Doc. No. 2-1).

As part of the Settlement approved by this Court, the parties have acknowledged that no remaining matters would remain before the Court. Accordingly, this case is **DISMISSED with prejudice.**

**IT IS THEREFORE ORDERED** that the parties' Joint Motion for Settlement, (Doc. No. 22), is **GRANTED**. This case is therefore **DISMISSED with prejudice** and the Clerk of Court is directed to close this case.

Signed: July 11, 2018

Robert J. Conrad, Jr.
United States District Judge